1   Michael C. Shaw, #014044
    MICHAEL C. SHAW, P.L.L.C.
2   401 W. Baseline Road
    Suite 210
3   Tempe, Arizona 85283
    (480) 921-7545
4
    Attorney for Plaintiff
5

6
                    UNITED STATES DISTRICT COURT
7
                       DISTRICT OF ARIZONA
8
_____
9                                              )
    John Lehman ;                              )   No.  CV 07-00758-PHX RCB
10                                             )
                                               )
11          Plaintiff,                         )
                                               )
12  v.                                         )   **NOTICE OF DISMISSAL**
                                               )   **WITHOUT PREJUDICE**
13  SR Financial Services,                     )
                                               )
14          Defendant.                         )
_____          )
15
         Plaintiff, by and through counsel undersigned, hereby gives notice of dismissal of
16
    this case without prejudice, against SR Financial Services, as it has never been served
17
    with the Summons and Complaint. Trans Union and Equifax have previously been
18
    dismissed from this action, leaving SR Financial Services the only remaining defendant.
19
         DATED: 8-16-07.
20

21                            MICHAEL C. SHAW, P.L.L.C.

22
                              by   s/ Michael C. Shaw
23                                 Michael C. Shaw, #014044
                                   401 W. Baseline Road
24                                 Suite 210
                                   Tempe, Arizona 85283
25                                 Phone:  (480) 921-7545
                                   Fax:  (480) 897-2585
26
                                   Attorney for Plaintiff