Andrew H. Valli
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Telephone: (404) 215-5765
Georgia Bar No. 732278
Admitted *pro hac vice*

Attorneys for defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN LEHMAN, | Case No. CV07 00758-PHX RCB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |
| SR FINANCIAL SERVICES; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

Pursuant to the Stipulation between Plaintiff and Defendant Equifax Information Services LLC, and good cause appearing therefore,

IT IS ORDERED that the above-captioned action against Defendant Equifax Information Services LLC is hereby dismissed with prejudice.

Dated this ___14___ day of August, 2007.

Robert C. Broomfield
Senior United States District Judge

4530540